

joshuaulloaetalind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 13 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA J.C. ULLOA,<br>CHRISTINE M. DUENAS,<br>JONATHAN NINETE, and<br>VANESSA TENORIO,<br><br>Defendants. | CRIMINAL CASE NO. 08-00013<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**<br>[21 U.S.C. §§ 841(a)(1) and 846]<br>(Count I)<br>**AIDING AND ABETTING THE ATTEMPTED MANUFACTURE OF METHAMPHETAMINE**<br>[18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1) & 846]<br>(Count II)<br>**ESTABLISHMENT OF MANUFACTURING OPERATIONS**<br>[21 U.S.C. § 856(a)(2)]<br>(Count III) |

THE GRAND JURY CHARGES:

**COUNT I - CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**

Beginning in about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants herein, JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS, JONATHAN NINETE, and VANESSA TENORIO, and other co-conspirators both known and unknown, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree together with each other to manufacture

in excess of 5 grams, net weight, of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II - AIDING AND ABETTING THE ATTEMPTED MANUFACTURE OF METHAMPHETAMINE

Beginning in about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants herein, JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS and JONATHAN NINETE, did unlawfully and knowingly aid, abet, counsel, command, induce and procure the commission of the attempt to manufacture 5 grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT III - ESTABLISHMENT OF MANUFACTURING OPERATIONS

Beginning in or about September 2007, an exact date unknown, and continuing thereafter to and until January 7, 2008, in the District of Guam and elsewhere, the defendants JOSHUA J.C. ULLOA and CHRISTINE M. DUENAS, while managing and controlling a building at 26 Consolacion Street, Asan, Guam, as lessees, knowingly and intentionally made available for use, with and without compensation, said building for the purpose of unlawfully manufacturing

//
//
//
//
//
//
//
//

methamphetamine hydrochloride, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 856(a)(2).

Dated this 13th day of February, 2008.

A TRUE BILL.

REDACTED

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Approved:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

3

Criminal Case Cover Sheet U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

08-00013

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __x__ No

Defendant Name _____JOSHUA J.C. ULLOA_____

Alias Name _____

Address _____

_____Asan, Guam_____

Birthdate __Xx/xx/1976__ SS# __xxx-xx-5508__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta L. San Nicolas_____

Interpreter: __X__ No ____Yes   List language and/or dialect: _____

RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__   ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _21 USC 841(a)(1) & 846_ | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2 _18 USC 2; 21 USC 841(a)(1) & 846_ | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set 3 _21 USC 856(a)(2)_ | Establishment of Manufacture Operations | 3 |
| Set 4 | | |

(May be continued on reverse)

Date: __2/13/2008__   Signature of AUSA: _____

**Criminal Case Cover Sheet**         **U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____     **Related Case Information:**    **08-00013**

Country/Parish _____  Superseding Indictment _____ Docket Number _____
Same Defendant _____  New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__     Matter to be sealed: ____ Yes __x__ No

Defendant Name  __CHRISTINE M. DUENAS__

Alias Name  _____

Address  _____

__Asan, Guam__

Birthdate __Xx/xx/1979__  SS# __xxx-xx-2454__  Sex __F__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter: __X__ No ___ Yes  List language and/or dialect: _____

RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set 2 | 18 USC 2; 21 USC 841(a)(1) & 846 | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set 3 | 21 USC 856(a)(2) | Establishment of Manufacture Operations | 3 |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/13/08__  Signature of AUSA: _____

**Place of Offense:**

City _____Hagåtña_____          **Related Case Information:**               08-00013

Country/Parish _____          Superseding Indictment _____ Docket Number _____
                                         Same Defendant _____    New Defendant ___x___
                                         Search Warrant Case Number _____
                                         R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__       Matter to be sealed: _____ Yes __x__ No

Defendant Name          ___JONATHAN NINETE_____

Alias Name              _____

Address                 _____

                        ___Asan, Guam_____

Birthdate __Xx/xx/1980__  SS# __xxx-xx-4822__ Sex _M_ Race _PI_ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Rosetta L. San Nicolas_____

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

**RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __3_____    _____ Petty  _____ Misdemeanor __X__ Felony

|     | Index Key/Code | Description of Offense Charged | Count(s) |
|-----|----------------|--------------------------------|----------|
| Set | 1 21 USC 841(a)(1) & 846 | Conspiracy to Manufacture Methamphetamine | 1 |
| Set | 2 18 USC 2; 21 USC 841(a)(1) & 846 | Aiding and Abetting the Attempted Manufacture of Methamphetamine | 2 |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: __2/13/08__   Signature of AUSA: _____

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00013**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __x__ No

Defendant Name __VANESSA TENORIO__

Alias Name _____

Address _____

__Agana Heights, Guam__

Birthdate __Xx/xx/1978__ SS# __xxx-xx-6266__ Sex __F__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Rosetta L. San Nicolas__

Interpreter: __X__ No ___Yes   List language and/or dialect: _____

RECEIVED FEB 13 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to manufacture Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __2/13/08__   Signature of AUSA: _____