LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER SEALING RECORD** |
| ) | |
| JOSHUA J.C. ULLOA, ) | |
| CHRISTINE M. DUENAS, ) | |
| JONATHAN NINETE, and ) | |
| VANESSA TENORIO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Through an application to seal record having come before this court and the court finding good cause for the issuance of the order;

**IT IS SO ORDERED** that the record herein be sealed.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 13, 2008