

joshuaulloauns

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 20 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   vs.  JOSHUA J.C. ULLOA, CHRISTINE M. DUENAS, JONATHAN NINETE, and VANESSA TENORIO,   Defendants. | CRIMINAL CASE NO. 08-00013  APPLICATION TO UNSEAL RECORD |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that all the defendants have been arrested and the investigation in this matter is now complete.

Respectfully submitted this 20th day of February 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: ROSETTA L. SAN NICOLAS
     Assistant U.S. Attorney