joshuaulloawrit

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00013 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| JOSHUA J.C. ULLOA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: OFFICER IN CHARGE
     Territorial Detention Center
     Territory of Guam

   This Court finds that JOSHUA J.C. ULLOA is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on February 20, 2008, at 4:30 p.m. for his initial appearance/arraignment on the federal charges in the United States District Court of Guam.

   **IT IS HEREBY ORDERED** that the Officer in Charge of the Territorial Detention

| | |
|---|---|
| 1 | Center or his authorized agent or any Federal law enforcement agent shall produce JOSHUA J.C. |
| 2 | ULLOA, before this Court on February 20, 2008 at 4:30 p.m. and whenever necessary hereafter |
| 3 | |
| 4 | to attend court appearances in the above-entitled case and upon completion of said prosecution |
| 5 | and/or court appearances and/or upon further order of the court, return said prisoner to his place |
| 6 | of confinement. |

   **SO ORDERED**.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Feb 20, 2008