LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER TO UNSEAL RECORD** |
| ) | |
| JOSHUA J.C. ULLOA, ) | |
| CHRISTINE M. DUENAS, ) | |
| JONATHAN NINETE, and ) | |
| ) | |
| Defendants. ) | |

Through an application to unseal the record having come before this Honorable Court and the Court finding good cause for the issuance of the order.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Feb 20, 2008