# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00013      DATE: February 20, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Virginia T. Kilgore<br>Carmen B. Santos | Electronically Recorded: 4:37:37 - 5:01:10 |
| CSO: J. Lizama | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Christine Marie Duenas | Attorney: Leevin Camacho for Joaquin C. Arriola, Jr. |
| Joshua J.C. Ulloa | Curtis Van de Veld |
| ☑Present ☑Custody ☐Bond ☐P.R. | ☑Present ☐Retained ☐FPD ☑CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Tom Churchin, DEA |
| U.S. Probation: Christopher Duenas | U.S. Marshal: T. Muna |
| Interpreter: | Language: |

**PROCEEDINGS: Initial Appearance and Arraignment**

- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr., for Christine M. Duenas; Curtis Van de Veld for Joshua J.C. Ulloa appointed.
- Defendants sworn and examined.
- Defendants arraigned and advised of their rights, charges and penalties.
- Defendants waive reading of Indictment.
- Pleas entered: Not guilty
- Trial set for: April 8, 2008 at 9:30 a.m.
- Defendant Christine M. Duenas released on bond.
- Defendant Joshua J.C. Ulloa remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: