DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**JOSHUA J.C. ULLOA, et al.,**<br><br>Defendants. | CRIMINAL CASE NO. 08-00013<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **CURTIS VAN DE VELD** is appointed to represent **JOSHUA J.C. ULLOA**, and **JOAQUIN C. ARRIOLA, JR.**, is appointed to represent **CHRISTINE M. DUENAS**, in the above-entitled case.

So Ordered.

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Feb 20, 2008**