
# ORIGINAL

1  joshuaulloaostp7

**FILED**
DISTRICT COURT OF GUAM

AUG 26 2008

JEANNE G. QUINATA
Clerk of Court

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                  FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,          ) CRIMINAL CASE NO. 08-00013
                                      )
11              Plaintiff,            )
                                      )
12      vs.                           ) **STIPULATED MOTION TO**
                                      ) **VACATE STATUS HEARING**
                                      ) **AND SET SENTENCING DATE**
13 JOSHUA J.C. ULLOA,                 )
                                      )
14              Defendant.            )
   _____)

15

16      The parties in the above-entitled matter, the United States of America, and the defendant

17 through his counsel, Curtis Van de Veld, hereby motion this Honorable Court to vacate the status

18 hearing currently scheduled for September 9, 2008, and that a sentencing date be set.

        The parties request that the Court calendar the sentencing date 90-days from the date of

19 this filing so that a Presentence Report may be completed in this case

20

21

22  _08-26-08_                    _____
         DATE                     CURTIS VAN DE VELD
23                                Attorney for Defendant

24                                LEONARDO M. RAPADAS
                                  United States Attorney
25                                Districts of Guam and NMI

26

27  _8|25|0Y_          By:       _____
         DATE                     ROSETTA L. SAN NICOLAS
28                                Assistant U.S. Attorney