☐ ORIGINAL

joshuaulloastp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
APR 0 1 2009
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00013-001 |
| | ~~CRIMINAL CASE NO. 07-00111~~ |
| Plaintiff, | |
| | **STIPULATED MOTION TO** |
| vs. | **CONTINUE SENTENCING** |
| JOSHUA J.C. ULLOA, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Curtis Van de Veld, hereby stipulate to continue the Sentencing hearing currently scheduled for April 9, 2009, and that it be rescheduled to a date after May 6, 2009, a specific date and time to be selected by the court. Government's counsel and the DEA agent will be off-island beginning April 5, 2009, through the end of April.

A continuance will allow the parties to be present and provide the court with the cooperative efforts of the defendant.

SO STIPULATED.

04-01-09
DATE

_____
CURTIS VAN DE VELD
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3/31/09
DATE

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney