19 JUN 2010

Hon. Frances Tydingco Gatewood,

    I am respectfully writing to you in regards to BOP's computation of my time. As you can see from the copy I have included, BOP is not recognizing the time I have been incarcerated prior to their computation data time of 02-01-2010. As per my JNC (06-04-2009), though it states "credit for time served", because of the fact that it was not specific with the dates, BOP will not credit me for any. I have been incarcerated since 01-08-2008.

    I am respectfully requesting if you could please look into this matter and possibly specify the credit amended time in custody from "date thru present". I have sent Mr. Curtis Van De Veld, my APD, a copy also of this computation and similar letter in regards to this matter. I thank you and appreciate greatly your time and consideration.

Sincerely,
JOSHUA JC ULLOA #02758 0?
JC Ulloa

```
LOMM1    540*23  *           SENTENCE MONITORING              *      06-16-2010
PAGE 001          *           COMPUTATION DATA                 *      11:09:35
                              AS OF 06-16-2010

REGNO..: 02758-093  NAME: ULLOA, JOSHUA J C

FBI NO............: 318437MB0            DATE OF BIRTH: 09-15-1976
ARS1..............: LOM/A-DES
UNIT..............: L                     QUARTERS.....: L03-005L
DETAINERS.........: NO                    NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-30-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 03-30-2016 VIA GCT REL


------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: GUAM
DOCKET NUMBER....................: CR-07-00111-001
JUDGE............................: GATEWOOD
DATE SENTENCED/PROBATION IMPOSED: 06-04-2009
DATE COMMITTED...................: 02-01-2010
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS    MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:   $100.00          $00.00            $00.00        $00.00

RESTITUTION...:   PROPERTY: NO     SERVICES: YES     AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  136
OFF/CHG: 18:922(G)(3),924(A)(2)& 2 DRUG USER IN POSSESSION OF A FIREARM
         (CT1)

    SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE .:    87 MONTHS
    TERM OF SUPERVISION.............:     3 YEARS
    RELATIONSHIP OF THIS OBLIGATION
      TO OTHERS FOR THE OFFENDER....: C/C TO JUDGEMENT 020
    DATE OF OFFENSE.................: 10-09-2007




G0002       MORE PAGES TO FOLLOW . . .
```

```
LOMM1    540*23  *           SENTENCE MONITORING           *    06-16-2010
PAGE 002         *             COMPUTATION DATA            *    11:09:35
                               AS OF 06-16-2010

REGNO..: 02758-093 NAME: ULLOA, JOSHUA J C


------------------------CURRENT JUDGMENT/WARRANT NO: 020 --------------------
COURT OF JURISDICTION............: GUAM
DOCKET NUMBER....................: 01-08-00013-001
JUDGE............................: GATEWOOD
DATE SENTENCED/PROBATION IMPOSED : 05-04-2009
DATE COMMITTED...................: 02-01-2010
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                    FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:     $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  YES       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:841(A)(1) & 846 CONSPIRACY TO MANUFACTURE METHAMPHETAIME
         (CT1)

SENTENCE PROCEDURE...............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:     87 MONTHS
TERM OF SUPERVISION..............:     4 YEARS
RELATIONSHIP OF THIS OBLIGATION
 TO OTHERS FOR THE OFFENDER....: C/C TO JUDGEMENT 010
DATE OF OFFENSE..................: 01-07-2008




G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 02758-093 NAME: ULLOA, JOSHUA J C


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2010 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

DATE COMPUTATION BEGAN...........: 12-08-2009
AGGREGATED SENTENCE PROCEDURE....: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT.............:     87 MONTHS
TOTAL TERM IN EFFECT CONVERTED...:      7 YEARS         3 MONTHS
AGGREGATED TERM OF SUPERVISION...:      4 YEARS
EARLIEST DATE OF OFFENSE.........: 10-09-2007

JAIL CREDIT......................:    FROM DATE       THRU DATE
                                       12-20-2007     12-20-2007
TOTAL PRIOR CREDIT TIME..........:      1
TOTAL INOPERATIVE TIME...........:      0
TOTAL GCT EARNED AND PROJECTED...:    341
TOTAL GCT EARNED.................:      0
STATUTORY RELEASE DATE PROJECTED: 03-30-2016
EXPIRATION FULL TERM DATE.......: 03-06-2017

PROJECTED SATISFACTION DATE.....: 03-30-2016
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE

JOSHUA JC ULLOA
02758-093
UNITED STATES PENITENTIARY
3901 KLEIN BLVD.
LOMPOC, CA 93436

~LEGAL MAIL~

⇔ 02758-093 ⇔
Chief Judge Chambers
Hon. F. Tydingco Gatewood
4th Floor, U S Courthouse
520 West Soledad Avenue
Hagatna, GU - 96932
United States

U.S. PENITENTIARY LOMPOC
3901 KLEIN BLVD
LOMPOC, CA 93436

DATE: 6-19-10

The Enclosed letter was processed through special mailing procedures for forwarding to you. The Letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.