Joshua J.C. Ulloa
Reg No. 02758-093
United States Penitentiary LOMPOC
3901 Klein Blvd.
Lompoc, California 93436-2706

Pro-Se.



FILED
DISTRICT COURT OF GUAM

DEC 06 2010

JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM
(HAGATNA)

| | |
|---|---|
| UNITED STATES OF AMERICA, Respondent, | Civil No. _____ |
| -vs- | D.C. 1:07-cr-00111-1<br>1:08-cr-00013 |
| JOSHUA J.C. ULLOA, Petitioner. | (Chief Judge Tydingco-Gatewood) |

### AFFIDAVIT OF JOSHUA J.C. ULLOA

STATE OF CALIFORNIA    )
                       )
COUNTY OF SANTA BARBARA )

I, Joshua J.C. Ulloa, declare and swear under oath that the following statements are true and correct to the best of my knowledge and recollection.

1. I am presently housed at the United States Penitentiary located in Lompoc, California, serving a (87) month term of imprisonment.

2. On January 7, 2008, the ATF, DEA, and Guam Police Department arrived at my residence in search of Christopher Grantham. After apprehending Mr. Grantham, law enforcement authorities began searching and later sought a search warrant.

3. I was subsequently arrested by the Guam Police Department and charged in the Superior Court of Guam for child endangerment under the general Guam Penal Code.

4. On two different occasions attorney Curtis Van de Veld appeared at the Superior Court of Guam proceedings for the child abuse cases.

5. After the construction of the Pre-Sentence Report counsel Van de Veld

did not visit me at the department of corrections. Although I attempted to contact his cell phone, my attempts were not successful. I also attempted to write his office.

6. I did not speak with counsel again until the day of sentencing. Once the Court discovered that I had not reviewed the PSR we were provided (20) mintutes to review the documents.

7. During the review I brought to counsel's attention the fact that I had been sentenced in the Superior Court of Guam for child abuse which is the equalivalent of double jeopardy under the enhanced sentence the probation department was recommending.

8. Counsel negated my statement and placed a question mark by #51 of the Pre-Sentence Report. I again asked counsel could the feds enahncement me for the exact same conduct, I was being charged with in the Superior Court, and counsel answered technically it can be done.

9. After the attorney client meeting we returned back to the Court were the judge sentenced me to (87) months based upon the 14 level upward departure.

I certify that the above is true and correct to my knowledge as provided in the Brief In Support.

Date: June 9, 2010.

Joshua J.C. Ulloa.