```
Joshua J.C. Ulloa
Reg No. 02758-093
United States Penitentiary LOMPOC
3901 Klein Blvd.
Lompoc, California 93436-2706
```



Pro-Se.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM
(HAGATNA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent,<br><br>    -vs-<br><br>ADRIAN ALMONTE,<br>    Petitioner. | Civil No. _____<br><br>D.C. No. 1:07-cr-00111-1<br>         1:08-cr-00013<br><br>(Chief Judge Tydingco-Gatewood) |

## MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW, Joshua J.C. Ulloa, (Hereinafter "Ulloa"), pro-se, an incarcerated federal prisoner presented housed at the United States Penitentiary located in Lompoc, California.

Mr. Ulloa respectfully files the instant Motion For Production of Documents based on the Clerk of Courts apparent reluctants and continual dissimination of contradictory information in respects to Mr. Ulloa obtaining the documents listed below. In support of this motion Mr. Ulloa asserts the following.

1. Mr. Ulloa has been attempting to obtain docket entry 34; 35; 132, since April 6, 2010, in an effort to competently file a 28 U.S.C. §2255 motion.

2. After a month of not the clerk of court not responding, Mr. Ulloa forwarded a letter to the clerk of court on May 25, 2010, in reference to obtaining the aforementioned documents.

3. On June 1, 2010, Mr. Ulloa began preparing a 28 U.S.C. §2255 application as not to be time barred by the 1 year filing statute. On June 2, 2010, Mr. Ulloa provided the §2255 application to USP LOMPOC, (L-Unit), Federal Bureau of Prison staff at 6:10 a.m.

4. On June 7, 2010, Mr. Ulloa assuming asked his sister in Guam to contact

the Clerk of Courts to inquire whether the documents had been forwarded or the Clerk quoted the transcription fee. When Mr. Ulloa phoned his sister, he was informed the clerk office had no record of correspondences from him, and he should contact them directly for the transcripts.

5. On June 7, 2010, Mr. Ulloa began a pro-se brief in support from the contents of the Federal Bureau of Prisons Pre-Sentence Report. On June 9, 2010, Mr. Ulloa completed without the benefit of the aforementioned transcripts.

6. On June 10, 2010, 06:00 a.m., Mr. Ulloa provided the Brief In Support to L-Unit Officer at USP LOMPOC. for placement in the United States Postal Service Mailing system.

7. During the months of August, September, and October, 2010, Mr. Ulloa wrote four letters to the clerk of courts office in reference to obtaining the aforementioned documents.

8. After Mr. Ulloa explained the problem to his mother Ms. Avina C. Ulloa, she personally went to the Clerk of Courts Office to purchase the said documents in behalf of Joshua Ulloa. The clerk whom assisted Ms. Ulloa informed her the documents were free if Joshua Ulloa wrote a letter to the clerk office requesting such. Ms. Ulloa informed the Clerks office that her son had been writing for months, and to date has not received a response. Clerks name is unknown, but Ms. Ulloa did obtain a docket sheet at the time of visit.

9. After receiving Ms. Avina Ulloa's email, Joshua Ulloa forwarded another letter to the clerk of court requesting the documents. Subsequently, another inmate informed Mr. Ulloa court documents are not free, and his Ms. Avina Ulloa went back to the clerk of courts office. During this visit a different clerk informed Ms. Ulloa, someone misinformed her in respects to free documents, and that Mr. Ulloa's letter requesting the said documents are before the Court for consideration.

10. On December 7, 2010, Ms. Lavina Cruz contacted Pro-Se Clerk Geraldine

1  Cepeda whom informed her the documents would take up to 6 months to obtain.
2  11. On or about December 14, 2010, Mr. Ulloa received a copy of the Plea
3  Agreement in the mail, but not the Rule 11 transcripts, a nd Sentencing Trans-
4  cripts requested.
5  12. On December 13, 2010, Ms. Lavina Cruz contacted Clerk Geraline Cepeda to
6  verify the incredible waiting time of six months, and cost of such documents.
7      Mr. Ulloa respectfully request this Honorable Court to ORDER the Clerk
8  of Court to timely produce the aforementioned documents in an effort for him
9  to amend his §2255 motion with any relevant information which may be contained
10 in the said documents.

## CONCLUSION

In conclusion, Mr. Ulloa prays this Honorable Court grant his request Ordering the Clerk of Court To Timely Produce The Said Documents.

Respectfully submitted,

December 30, 2010.

_____
Mr. Joshua J.C. Ulloa.

## CERTIFICATE OF SERVICE

I, Joshua Ulloa, certify that the enclosed motion for production of documents has been forwarded to the following parties:

| U.S. District Court of Guam | U.S. Attorney's Office |
| Attn: Clerk of Court | Attn: Rosetta San Nicolas, AUSA |
| 520 W. Soledad Avenue. 4th Floor. | 108 Herman Cortez Avenue. Suite 500 |
| Hagatna, Guam 96910 | Hagatna, Guam 96910 |

The enclosed motion is considered filed at the time it is provided to Federal Bureau of Prison for mailing in the U.S. POstal Service pursuant to Houston v. Lack.

Date: December 30, 2010.

_____
Mr. Joshua J.C. Ulloa.

December 30, 2010.

   Dear Pro-Se Clerk Geraldine Cepeda;

   Good Morning! Can you please file the enclosed documents, and forward a stamped copy back to me. I thank you for all of your assistance in respects to this matter.

   Happy holidays to you and yours.....

                                        Joshua J.C. Ulloa.

**RECEIVED**

JAN 1 0 2011

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

Mr. Joshua J.C. Ulloa #02758-093
United States Penitentiary LOMPOC
3901 Klein Blvd.
Lompoc, California 93436-2706



⇔02758-093⇔
District Court Of Guam
Attn: Clerk of Court
4th Floor, US Courthouse
520 West Soledad Ave.
Hagatna, GU - 96932
United States

RECEIVED
JAN 10 2011
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM