Joshua JC Ulloa
Register No: 02758-093
Federal Correctional Complex (HOLD OVER)
P.O. Box 5300
Adelanto, CA 92301

FILED
DISTRICT COURT OF GUAM
MAY 16 2011
JEANNE G. QUINATA
CLERK OF COURT

09 May, 2011

FR: Joshua JC Ulloa
Register No: 02758-093
Federal Correctional Complex (Hold-Over)
P.O. Box 5300
Adelanto, CA 92301

TO: Clerk of Court (Hon. Frances Tydingco-Gatewood)
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910

RE: • Pending Change of Address
• CV10-00028 Petition for Extension

Hafa Adai,

    I am respectfully writing to you to inform you that I am currently in transit to a new destination and/or facility. Transit itself can take anywhere from a couple of weeks to a month or more. Therefore, I am respectfully asking for an extension for my order to show cause under Case CV10-00028.

    Upon reach of my final destination, I will inform you immediately. I thank you for your time and consideration.

Cordially,
Joshua JC Ulloa #02758-093

NAME: Joshua JC Ulloa
REG #: 02758-093
FEDERAL CORRECTIONAL COMPLEX
P.O. BOX 5300
ADELANTO, CA 92301

RECEIVED
MAY 16 2011
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

District Court of Guam
Attn: Clerk of Court
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, GU 96910