IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

JOSHUA J.C. ULLOA,
    Petitioner,

Civil No. _____

    vs.

UNITED STATES OF AMERICA,
    Respondent.

## MOTION REQUESTING EXTENSION OF TIME

COMES NOW, JOSHUA J.C. ULLOA, (Hereinafter "Petitioner"), pro-se, an incarcerated federal prisoner presently housed at the United States Penitentiary located in LOMPOC, California, hereby moves this Court for an Extension of Time.

Petitioner submits the instant motion based on his circumstances presently impeding his ability to competently Reply to the Courts Order To Show Cause.

The Federal Bureau of Prisons has ordered Petitioner be transferred from FCC Lompoc, to a institution presently unknown

to Petitioner in Order for him to participate in the 500 hr. drug program. Accordingly, Petitioner has been instructed to pre-pack all property, and legal documents and provide to Staff. In other words, Petitioner is seperated from his legal documents pertaining to this matter. The BOP forwards property and legal documents seperately from prisoner transportation.

Petitioner is confronted with two other obstacles: First, inmates being transfered can be in transit from 2 weeks to 5 weeks depending on the distination. Second, Inmates usually do not receive their property until 30-45 days after arriving at the Receiving institution.

As such, Petitioner is seperated from his legal documents, and Respectfully Request an extension of time Ranging from 45 to 60 days to Respond competently with exhibits and a comprehensible brief.

## CONCLUSION

Based on the foregoing fact Petitioner is in transit and

Seperated from his legal documents, Petitioner prays this Honorable Court grant his Request for an 60 day extension of time.

Date: May 13, 2011.

Respectfully Submitted,

Joshua J.C. Ulloa.

Joshua J.C. Ulloa, pro-se.

<u>Certificate of Service</u>

I, Joshua J.C. Ulloa, hereby certify that a true and correct copy of the enclosed Motion Requesting An Extension of Time has been forwarded to the parties listed below in a pre-paid postage envelope provided to FBOP officials for placement in the U.S. Postal Service Mail. According to the Supreme Court's opinion this motion is considered filed at the time it is provided to FBOP officials for mailing.

1) United States Attorney's Office
   Attn: Criminal Division AUSA
   520 West Soledad Avenue. 4th Floor
   Hagatna, GUAM 96910-4950

Joshua J.C. Ulloa.

Joshua J.C. Ulloa, pro-se.

Date: May 13, 2011.

Joshua J.C. Ulloa
Fed Reg No. 02758-093
USP Lompoc
3901 Klein Blvd.
Lompoc, CA 93436

RECEIVED

MAY 3 1 2011

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

May 13, 2011.

To: United States District Court
For The District of Guam
Attn: Pro-Se Clerk of Court
520 West Soledad Avenue. 4th Fl.
Hagåtña, Guam 96910-4950

Re: Joshua J.C. Ulloa v. USA, Civil No. _____ :

Dear Clerk of Court;

Good Morning! I previously forwarded a letter notifying the Court that the FBOP had placed me in transit to an unknown destination. I believe I'm being transferred to the 500 hr. drug program, as I am seperated from my property I'm forced to file a motion requesting an extension of time.

Lastly, please do not forward any other correspondence to the address above, I'm only using it as it is my last known address. I thank you in advance for your assistance.

Sincerely,
Joshua J.C. Ulloa.
JOSHUA J.C.Ulloa, pro-se.

Joshua J. Cwillox # 03758-013
United States Penitentiary Lompoc
3901 Klein Blvd.
Lompoc, California 93436-2706

Legal Mail

SANTA BARBARA
CA 931 2 T
26 MAY 2011 PM

USA FIRST-CLASS FOREVER

United States District Court
for the District of Guam
Attn: Pro-Se Clerk of Court
520 West Soledad Avenue, 4th Fl.
Hagåtña, Guam 96910-4950

96910+4316

RECEIVED

MAY 31 2011

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

1:08-cr-00013   Document 158   Filed 05/31/11   Page 5

**DATE** _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return it to the above address.

**FCI LOMPOC**
**3800 GUARD ROAD**
**LOMPOC, CA 93436**