Joshua J.C. Ulloa
Fed. Reg. No. 02758-093
FPC Yazoo (Satellite Camp)
P.O. Box 5000
Yazoo City, MS 39194

Pro-Se.



FILED
DISTRICT COURT OF GUAM
JUN - 4 2012
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM
(HAGATNA)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>vs.<br><br>JOSHUA J.C. ULLOA,<br><br>    Petitioner. | Civil No. 10-00028<br><br>D.C. No. 1:07-CR-00111-1;<br>         1:08-CR-00013.<br><br>(Hon. Chief Judge Tydingco-Gatewood). |

### REPLY TO COURT ORDER

COMES NOW, Joshua J.C. Ulloa, (Hereinafter "Ulloa"), proceeding pro-se, an incarcerated federal prisoner presently housed FPC Yazoo (Satellite Camp) located in Yazoo City, Mississippi, hereby files this Reply to the Court's Order.

On May 25, 2012, Mr. Ulloa received a copy of the court's order pursuant to the request for expedite review of the § 2255 proceedings. In this order the Court provided the Government until May 21, 2012, to respond to Mr. Ulloa's § 2255 motion.[1] Additionally, the Court inquired into whether Mr. Ulloa had ever received the documents requested in his motion from production of documents. See: <u>Doc. 56.</u> In response Mr. Ulloa asserts that his efforts to obtain the Plea Hearing and Sentencing Hearing Transcripts have been fruitless. Mr. Ulloa would respectfully ask this Honorable Court to order the clerk to produce the requested transcripts, and permit leave to amend the motion if necessary

---

1/ As of May 25, 2012, Mr. Ulloa has not received the Government's response. The Court is asked to consider international mail delays in the tight scheduling of the Government's response and Mr. Ulloa's reply. Inasmuch, the reply may be filed late as the Government's response has not been received yet.

after a thorough review of the matter.

In conclusion, Mr. Ulloa respectfully ask this Court to order the clerk of court to produce the plea hearing and sentencing hearing transcripts. Lastly, Mr. Ulloa request an extension for filing the response due to the delayed international mail.

## CONCLUSION

WHEREFORE, the foregoing reason(s) Mr. Ulloa respectfully prays that this Honorable Court grant his request.

Respectfully submitted,

Date: May 28, 2012.

_____
Joshua J.C. Ulloa, pro-se.

## CERTIFICATE OF SERVICE

I, Joshua J.C. Ulloa, hereby certify that a true and correct copy of the Reply to the Court's Order has been forwarded to the parties listed below. The motion has been provided to prison officials for posting in the United States Postal Service Mail.

(1) United States Attorney's Office
    Attn: Rosetta L. San Nicolas, AUSA.
    Sirena, Suite 500
    108 Herman Cortez Avenue.
    Hagata, Guam 96910

(3) United States District Court
    Attn: Clerk of Court
    520 Soledad Avenue.
    Hagatna, Guam 96910

Date: May 28, 2012.

_____
Joshua J.C. Ulloa, pro-se.

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com

PLEASE PRESS FIRMLY

Print postage online - Go to usps.com/post

When used internationally affix customs declarations (PS Form 2976, or 2976A).

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.

U.S. POSTAGE PAID
WHITEMAN AIR FO, MO
65305
MAY 30, 12
AMOUNT
$18.95
00060688-02

EI386688195US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 65305
Date Accepted: Mon 5-30 Yr 12
Time Accepted: 9:36 PM
Flat Rate or Weight: 0 lbs. 2.7 oz.

Day of Delivery: 2nd Day
Scheduled Date of Delivery: Month 6 Day 2
Scheduled Time of Delivery: 3 PM

Postage: $18.95
Total Postage & Fees: $18.95

FROM: Joshua Ulloa
FPC Yazoo 02758-093 (Satellite camp)
PO Box 5000
Yazoo City, MS 39194

PHONE: (660) 563-3236

**Addressee Copy**
Label 11-B, March 2004
Post Office To Addressee

HAGATNA, GUAM
RECEIVED DISTRICT COURT HAGATNA, GUAM

TO: United States District Court
Attn: Prose Clerk of Court
520 Soledad Ave
Hagatna, Guam 96910

ZIP+4: 96910